NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

—————————

**K-TECH TELECOMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**BLONDER TONGUE LABORATORIES, INC.,**
**R.L. DRAKE HOLDINGS, LLC,**
**R.L. DRAKE, LLC,** AND **RLD69, LLC,**
*Defendants-Appellees.*

—————————

2013-1645

—————————

Appeal from the United States District Court for the Central District of California in No. 12-CV-5316, Judge R. Gary Klausner.

—————————

**JUDGMENT**

—————————

PATRICK F. BRIGHT, Wagner, Anderson & Bright, P.C., of Glendale, California, argued for plaintiff-appellant.

JOHN C. MCNETT, Woodard, Emhardt, Moriarty, McNett & Henry LLP, of Indianapolis, Indiana, argued for defendants-appellees. With him on the brief was BLAKE R. HARTZ. Of counsel on the brief was FRANK C. CORSO, Corso Law LLC, of Rehoboth, Massachusetts.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 16, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |